## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RAYMOND P. DUNN and LINDA C. DUNN,<br><br>     Plaintiffs,<br><br>v.<br><br>DEUTSCHE NATIONAL TRUST COMPANY AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. and AMERIQUEST MORTGAGE COMPANY<br><br>     Defendants. | CIVIL ACTION NO. 1:08-cv-4-PB |

## AMERIQUEST MORTGAGE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.5 of the United States District Court for the District of New Hampshire, defendant Ameriquest Mortgage Company ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest's stock.

BOS-1154111 v2

        Respectfully Submitted,

        AMERIQUEST MORTGAGE COMPANY,

        By their attorney,

        /s/ Bradley C. Morin
        Bradley C. Morin (Bar No. 17728)
        brad.morin@klgates.com
        KIRKPATRICK & LOCKHART
          PRESTON GATES ELLIS LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        617.261.3100

        Of Counsel:
        R. Bruce Allensworth
          bruce.allensworth@klgates.com
        Phoebe S. Winder
          phoebe.winder@klgates.com
        Gregory N. Blase
          gregory.blase@klgates.com

January 2, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that this **Ameriquest Mortgage Company's Corporate Disclosure Statement** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the following counsel of record via U.S. Mail on January 2, 2008:

| | |
|---|---|
| David C. Engel, Esq. | William J. Amann |
| ENGEL & ASSOCIATES, PLLC | ABLITT & CHARLTON P.C. |
| 21 Hampton Road | 92 Montvale Ave. Suite 2950 |
| Exeter, NH 03833 | Stoneham, MA 02180 |

        /s/ Bradley C. Morin
        Bradley C. Morin