U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**IMPORTANT NOTICE**

**DOCUMENTS MUST BE FILED ELECTRONICALLY**

Effective October 1, 2005, all members of the bar for the U.S. District Court for the District of New Hampshire are required to file documents in all cases electronically through the court's Electronic Case Filing (ECF) system.

**Our records indicate that you currently have an ECF case pending in this court and that you have not registered for e-filing.**

Please complete an ECF Registration Form and mail it to:

> Office of the Clerk
> United States District Court
> 55 Pleasant St., Room 110
> Concord, NH 03301-3941
> Attn: ECF Registration

Pursuant to Administrative Procedures for Electronic Case Filing Section 2.1(c) you must register within thirty (30) days.

The ECF Registration Form, Administrative Procedures for Electronic Case Filing, User Manual, Executive Summary, and other helpful information can be accessed on our website: www.nhd.uscourts.gov.

JAMES R. STARR
Clerk

USDCNH-92 (10-05)