UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

RAYMOND P. DUNN
and LINDA C. DUNN,

       Plaintiffs,

v.

DEUTSCHE NATIONAL TRUST
COMPANY AS TRUSTEE OF
AMERIQUEST MORTGAGE
SECURITIES, INC. and
AMERIQUEST MORTGAGE COMPANY

       Defendants.

CIVIL ACTION NO. 1:08-cv-4-PB

**ASSENTED-TO MOTION TO ADMIT ATTORNEY PHOEBE S. WINDER TO APPEAR PRO HAC VICE FOR DEFENDANT AMERIQUEST MORTGAGE COMPANY**

Pursuant to Rule 83.2(b) of the Local Rules of the Court, Bradley C. Morin, counsel of record for Defendant Ameriquest Mortgage Company, ("Ameriquest"), hereby moves this Court to permit Phoebe S. Winder to appear on behalf of Ameriquest, as counsel *pro hac vice* in the above-captioned action. This Motion has the assent of Plaintiffs Raymond C. Dunn and Linda C. Dunn and Defendant Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2005-R2 under the Pooling and Servicing Agreement Dated as of March 1, 2005, Without Recourse ("Deutsche Bank, as Trustee"). In support of this motion, undersigned counsel states the following:

1.    The undersigned is an associate with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, attorneys for Ameriquest, and a member in good standing of the bar of this Court.

2. Phoebe S. Winder is a member in good standing of the following bars: the Bar of the Supreme Judicial Court of the Commonwealth of Massachusetts (1994); the United States District Court for the District of Massachusetts (1995); and the United States Court of Appeals for the First Circuit (1995).

3. Phoebe S. Winder is a partner with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP and is actively associated with me in the above-captioned matter.

4. The purpose of this application is to make it possible for Phoebe S. Winder to represent Ameriquest with respect to the general subject matter of this litigation.

5. There are no disciplinary proceedings pending (nor have any ever been brought) against Phoebe S. Winder as a member of the bar in any jurisdiction.

6. The Affidavit of Phoebe S. Winder in Support of this Motion to Permit Counsel to Appear *Pro Hac Vice* is attached hereto.

7. Due to the nature of the relief sought, no memorandum of law is required. L.R. 7.1(a)(2).

WHEREFORE, the undersigned requests that Phoebe S. Winder be admitted as a visiting lawyer and granted permission to represent Defendant Ameriquest Mortgage Company in this matter *pro hac vice*.

Respectfully Submitted,

AMERIQUEST MORTGAGE COMPANY,

By its attorney,

/s/ Bradley C. Morin
Bradley C. Morin (Bar No. 17728)
brad.morin@klgates.com
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617.261.3100

Of Counsel:
R. Bruce Allensworth
bruce.allensworth@klgates.com
Phoebe S. Winder
phoebe.winder@klgates.com

January 10, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this **Assented-To Motion to Admit Attorney Phoebe S. Winder to Appear Pro Hac Vice for Defendant Ameriquest Mortgage Company** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the following counsel of record via U.S. Mail on January 10, 2008:

David C. Engel, Esq.
ENGEL & ASSOCIATES, PLLC
21 Hampton Road
Exeter, NH 03833

William J. Amann, Esq.
ABLITT & CHARLTON PC
92 Montvale Ave. Suite 2950
Stoneham, MA 02180

/s/ Bradley C. Morin
Bradley C. Morin

- 4 -

## LOCAL RULE 7.1(C) CERTIFICATION

      I hereby certify that on January 9 and January 10, 2008, I conferred with counsel for the Defendant Deutsche Bank, as Trustee, and counsel for the Plaintiffs, respectively, and they have assented to this Motion.

                                            /s/ Bradley C. Morin
                                            Bradley C. Morin

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

RAYMOND P. DUNN
and LINDA C. DUNN,

      Plaintiffs,

v.

DEUTSCHE NATIONAL TRUST
COMPANY AS TRUSTEE OF
AMERIQUEST MORTGAGE
SECURITIES, INC. and
AMERIQUEST MORTGAGE COMPANY

      Defendants.

CIVIL ACTION NO. 1:08-cv-4-PB

## AFFIDAVIT OF PHOEBE S. WINDER

Pursuant to Local Rule 83.2(b)(1) of the Court, Phoebe S. Winder, being duly sworn, deposes and says:

1.    I am a partner with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, with offices at State Street Financial Center, One Lincoln Street, Boston, Massachusetts 02111-2950 at telephone number (617) 261-3100.

2.    I am admitted to practice, a member in good standing, and eligible to practice in the following courts: the Bar of the Supreme Judicial Court of the Commonwealth of Massachusetts (1994); the United States District Court for the District of Massachusetts (1995); and the United States Court of Appeals for the First Circuit (1995).

3.    I am not currently suspended or disbarred in any jurisdiction.

4.    There are no disciplinary proceedings pending (nor have any ever been brought) against me as a member of the bar in any jurisdiction.

BOS-1154909 v1

- 2 -

Dated: January 10, 2008        /s/ Phoebe S. Winder
       Phoebe S. Winder
       (Paper document bears original signature)

## CERTIFICATE OF SERVICE

       I hereby certify that this **Affidavit of Phoebe S. Winder** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the following counsel of record via U.S. Mail on January 10, 2008:

| | |
|---|---|
| David C. Engel, Esq. | William J. Amann, Esq. |
| ENGEL & ASSOCIATES, PLLC | ABLITT & CHARLTON PC |
| 21 Hampton Road | 92 Montvale Ave. Suite 2950 |
| Exeter, NH 03833 | Stoneham, MA 02180 |

       /s/ Bradley C. Morin
       Bradley C. Morin

- 2 -