UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Raymond P. Dunn, et al

    v.                                                                           Civil No. 08-cv-04-PB

Deutsche National Trust Company, et al


### ORDER

On January 2, 2008, Defendant, Ameriquest Mortgage Company, through counsel, electronically filed a Notice of Removal in the court's CM/ECF filing system. During the filing process, Ameriquest Mortgage Company erroneously submitted a duplicate filing fee of $350.00. Pursuant to Administrative Order 06-02, Order on Refund of Fees Paid Electronically, the Clerk of Court shall process a refund through the electronic credit card system in the amount of $350.00 to the credit card used by the attorney filing for Ameriquest Mortgage Company.

SO ORDERED.

                                                        James R. Starr
                                                        Clerk of Court

Date: January 15, 2008


cc: Counsel of Record
     Bonnie S. Reed, Financial Administrator