AO 458 (Rev.10/95) (NH 1/07) Appearance

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

2008 JAN 30 P 12: 33

# APPEARANCE

Dun et al v. Ameriquest Mortgage Company

Case Number: 1:08-cv-00004-PB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Raymond P. Dunn and Linda C. Dunn, Plaintiffs

I certify that I am admitted to practice in this court.

01/29/2008
**Date**

**Signature**

| Robert J. Wolf | 16512 |
|---|---|
| **Print Name** | **Bar Number** |
| Shaines & McEachern, PA, PO Box 360 | |
| **Address** | | |
| Portsmouth | NH | 03802-0360 |
| **City** | **State** | **Zip Code** |
| 603-436-3110 | rwolf@shaines.com | |
| **Phone Number** | **Email Address** | |

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

[Names of Filing Users] William J. Amann, Bradley C. Morin, Phoebe Sears Winder

Conventionally Served:

[Name and Address of Non-Filing Users] David C. Engel, Engel & Associates PA, 21 Hampton Road, Exeter, NH 03833

01/29/2008
**Date**

**Signature**