UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 FEB 13 P 2: 43

## WITHDRAWAL

Dunn et al v. Ameriquest Mortgage Company

Case Number: 1:08-CV-00004-PB

To the Clerk of this court and all parties of record:

Enter my withdrawal as counsel in this case for
Raymond P. Dunn and Linda C. Dunn, Plaintiffs

I am not ECF Registered
An Appearance has been entered on behalf of the Plaintiffs
By Robert J. Wolf on 01/29/08

David C. Engel
Engel & Associates, PLLC
21 Hampton Road/Bldg. 1-Suite 1
Exeter, NH 03833
(603) 778-8535

### CERTIFICATE OF SERVICE

I hereby certify that this Withdrawal was served by conventional mail to:

Bradley C. Morin, Esq. KIRKPATRICK & LOCKHART, PRESTON, GATES, ELLIS, LLP
  State Street Financial Center, Once Lincoln Street, Boston, MA 02111
Robert A. Shaines, Esq. Shaines & McEachern, PA, PO Box 360, Portsmouth, NH 03801
Robert J. Wolf, Esq. Shaines & McEachern, PA, PO Box 360, Portsmouth, NH 03801
William J. Amann, Esq. ABLITT & CHARLTON PC, 92 Montvale Ave. Suite 2950,
  Stoneham, MA 02180

2/11/08
Date

Signature