UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| RAYMOND P. DUNN<br>and LINDA C. DUNN,<br>      Plaintiffs<br><br>v.<br><br>DEUTSCHE NATIONAL TRUST<br>COMPANY AS TRUSTEE OF<br>AMERIQUEST MORTGAGE<br>SECURITIES, INC. and<br>AMERIQUEST MORTGAGE COMPANY,<br>      Defendants | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Civil Docket No.<br>08-CV-00004-PB |

**NOTICE OF WITHDRAWAL**

You are hereby given notice that the undersigned hereby withdraws as counsel for the above-captioned Defendant, Deutsche National Trust Company as Trustee et al, pursuant to LR 83.6 as there are no pending motions, the case has not been pre-tried and no trial date has been set. The case is presently stayed pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

Upon information and belief, the Deutsche National Trust Company's last known address is 1761 East Saint Andrew Place, Santa Ana, California, 92705-4934 with a mailing address of 60 Wall Street, Mail Stop NYC60-3012, New York, New York 10005-2858.

Respectfully submitted,

Ablitt Law Offices, P.C.

Dated:  5-29-08

/s/ William J. Amann
William J. Amann
(NH Bar Id 14866)
92 Montvale Avenue, Suite 2950
Stoneham, MA 02301
781-246-8995 Telephone

CERTIFICATE OF SERVICE

    I hereby certify that I have this day served a copy of the foregoing, NOTICE OF WITHDRAWAL, on the following parties either by U.S. Mail, certified mail return receipt requested or electronically via CM/ECF:

DATED: 5-30-08                                /s/ William J. Amann

**Ameriquest Mortgage Company by**

**Bradley C. Morin**
Kirkpatrick & Lockhart Preston Gates Ellis LLP (MA)
State Street Financial Center
One Lincoln St
Boston, MA 02111
brad.morin@klgates.com

**Phoebe Sears Winder**
Kirkpatrick & Lockhart Preston Gates Ellis LLP (MA)
State Street Financial Center
One Lincoln St
Boston, MA 02111
phoebe.winder@klgates.com

**Linda C. Dunn and**
**Raymond P. Dunn by**

**Robert A. Shaines**
Shaines & McEachern PA
282 Corporate Drive
PO Box 360
Portsmouth, NH 03802-0360
rshaines@shaines.com

**Robert James Wolf**
Shaines & McEachern PA
282 Corporate Drive
PO Box 360
Portsmouth, NH 03802-0360
rwolf@shaines.com