## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RAYMOND P. DUNN<br>and LINDA C. DUNN,<br><br>            Plaintiffs,<br><br>v.<br><br>DEUTSCHE NATIONAL TRUST<br>COMPANY AS TRUSTEE OF<br>AMERIQUEST MORTGAGE<br>SECURITIES, INC. and<br>AMERIQUEST MORTGAGE COMPANY<br><br>            Defendants. | CIVIL ACTION NO. 1:08-cv-4-PB |

### NOTICE OF APPEARANCE OF DAVID D. CHRISTENSEN

David D. Christensen hereby gives notice of appearance as counsel for defendant Ameriquest Mortgage Company in the above-captioned matter. Attorney Christensen (NH Bar No. 17668) will be actively associated with Attorney Phoebe S. Winder (admitted *Pro Hac Vice*) in this matter.

BOS-1209878 v1

Respectfully Submitted,

AMERIQUEST MORTGAGE COMPANY,

By its attorneys,

/s/ *David D. Christensen*
Phoebe S. Winder (admitted *Pro Hac Vice*)
  phoebe.winder@klgates.com
David D. Christensen (NH Bar No. 17668)
  david.christensen@klgates.com
Bradley C. Morin (NH Bar No. 17728)
  brad.morin@klgates.com
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617.261.3100

May 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this **Notice of Appearance of David D. Christensen** filed through the ECF system will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 29, 2008.

Robert A. Shaines, Esq.
Robert J. Wolf, Esq.
SHAINES & MCEACHERN, PA
282 Corporate Drive, PO Box 360
Portsmouth, NH 03802-0360

/s/ *David D. Christensen*
David D. Christensen

- 2 -