UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

RAYMOND P. DUNN
and LINDA C. DUNN,

    Plaintiffs,

v.

DEUTSCHE NATIONAL TRUST
COMPANY AS TRUSTEE OF
AMERIQUEST MORTGAGE
SECURITIES, INC. and
AMERIQUEST MORTGAGE COMPANY

    Defendants.

CIVIL ACTION NO. 1:08-cv-4-PB

## NOTICE OF WITHDRAWAL OF APPEARANCE OF BRADLEY C. MORIN

Kindly withdraw the appearance of Bradley C. Morin on behalf of defendant Ameriquest Mortgage Company ("Ameriquest"). Phoebe S. Winder (admitted *Pro Hac Vice*) and David D. Christensen (NH Bar No. 17668), of Kirkpatrick & Lockhart Preston Gates Ellis LLP, continue to represent Ameriquest in this matter. Counsel for Ameriquest request receipt of notice of court filings in this matter by the Case Management / Electronic Filing System.

BOS-1207219 v1

Respectfully Submitted,

AMERIQUEST MORTGAGE COMPANY,

By its attorneys,

/s/ Bradley C. Morin
Phoebe S. Winder (admitted *Pro Hac Vice*)
  phoebe.winder@klgates.com
David D. Christensen (NH Bar No. 17668)
  david.christensen@klgates.com
Bradley C. Morin (NH Bar No. 17728)
  brad.morin@klgates.com
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617.261.3100

May 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this **Notice of Withdrawal of Appearance of Bradley C. Morin** filed through the ECF system will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 29, 2008.

Robert A. Shaines, Esq.
Robert J. Wolf, Esq.
SHAINES & MCEACHERN, PA
282 Corporate Drive, PO Box 360
Portsmouth, NH 03802-0360

  /s/ Bradley C. Morin
    Bradley C. Morin