UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Raymond Dunn and Linda Dunn</u>

                v.                              Case No. 08-cv-4-PB

<u>Deutsche National Trust Co as Trustee of Ameriquest Mortgage Securities, et al.</u>

<u>O R D E R</u>

TO: Defendant, Deutsche National Trust Co

    Court records indicate the withdrawal of William Amann, Esq. as your counsel.

    An appearance by new counsel of record must be filed by 6/26/08.  *See* Local Rule 83.6(c) and (d).  If no new appearance is received by the time specified, the file will be referred to the clerk for entry of the default pursuant to Fed. R. Civ. P. 55(a).

                                                  By the Court,

June 5, 2008                                <u>/s/ Maryanne Michaelis</u>
                                                Maryanne Michaelis
                                                Deputy Clerk

cc:    Counsel of Record
        Deutsche National Trust Co