# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RAYMOND P. DUNN and LINDA C. DUNN,<br><br>    Plaintiffs,<br><br>v.<br><br>DEUTSCHE NATIONAL TRUST COMPANY AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. and AMERIQUEST MORTGAGE COMPANY<br><br>    Defendants. | CIVIL ACTION NO. 1:08-cv-00004-PB |

## NOTICE OF APPEARANCE OF DAVID D. CHRISTENSEN

David D. Christensen hereby gives notice of appearance as counsel for defendant Deutsche Bank National Trust Company, as Trustee, in the above-captioned matter. Attorney Christensen (NH Bar No. 17668) will be actively associated with Attorney Phoebe S. Winder (admitted *Pro Hac Vice*) in this matter.

BOS-1214533 v1

Respectfully Submitted,

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,

By its attorneys,

/s/ *David D. Christensen*
Phoebe S. Winder (admitted *Pro Hac Vice*)
  phoebe.winder@klgates.com
David D. Christensen (NH Bar No. 17668)
  david.christensen@klgates.com
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617.261.3100

June 10, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this **Notice of Appearance of David D. Christensen** filed through the ECF system will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 10, 2008.

Robert A. Shaines, Esq.
Robert J. Wolf, Esq.
SHAINES & MCEACHERN, PA
282 Corporate Drive, PO Box 360
Portsmouth, NH 03802-0360

/s/ *David D. Christensen*
David D. Christensen

- 2 -