# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RAYMOND P. DUNN and LINDA C. DUNN,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE NATIONAL TRUST COMPANY AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. and AMERIQUEST MORTGAGE COMPANY<br><br>Defendants. | CIVIL ACTION NO. 1:08-cv-00004-PB |

## DEUTSCHE BANK NATIONAL TRUST COMPANY'S, AS TRUSTEE, CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.5 of the United States District Court for the District of New Hampshire, defendant Deutsche Bank National Trust Company, as Trustee ("Deutsche Bank, as Trustee"), hereby discloses that it is a wholly-owned indirect subsidiary of Deutsche Bank AG and that there is no publicly held company that owns 10% or more of Deutsche Bank's, as Trustee, stock.

BOS-1214686 v1

        Respectfully Submitted,

        DEUTSCHE BANK NATIONAL TRUST
        COMPANY, AS TRUSTEE,

        By its attorney,

        /s/ David D. Christensen
        Phoebe S. Winder (admitted *Pro Hac Vice*)
          phoebe.winder@klgates.com
        David D. Christensen (NH Bar No. 17668)
          david.christensen@klgates.com
        KIRKPATRICK & LOCKHART
          PRESTON GATES ELLIS LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111
        617.261.3100

June 12, 2008

## CERTIFICATE OF SERVICE

     I hereby certify that this **Deutsche Bank National Trust Company's, As Trustee, Corporate Disclosure Statement** filed through the ECF system will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 12, 2008.

Robert A. Shaines, Esq.
Robert J. Wolf, Esq.
SHAINES & MCEACHERN, PA
282 Corporate Drive, PO Box 360
Portsmouth, NH 03802-0360

        /s/ David D. Christensen
        David D. Christensen