

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
312-435-5698

July 29, 2008

Clerk of the Court

110 Warren B. Rudman
United States Courthouse
55 Pleasant Street
Concord, NH 03301

Dear Clerk:

**Re: MDL 1715 CTO 45 - Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**

> Your case number: 1:08 - 4   Raymond P. Dunn, et al., v. Ameriquest Mortgage Co.
> Our case number:   08 cv 3961 - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E. Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:   Dorothy Keller-Flowers
Supervisor in Operations