# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:08–cv–00004–PB

Dunn et al v. Ameriquest Mortgage Company  
Assigned to: Judge Paul J. Barbadoro  
Case in other court: Rockingham County Superior Court, 07–E–632  
Cause: 28:1444 Petition for Removal– Foreclosure

Date Filed: 01/02/2008  
Date Terminated: 07/31/2008  
Jury Demand: None  
Nature of Suit: 220 Real Property: Foreclosure  
Jurisdiction: Diversity

**Plaintiff**

**Raymond P. Dunn**     represented by     **David C. Engel**  
Engel &Associates PA  
21 Hampton Rd  
Exeter, NH 03833  
603 778–8535  
*TERMINATED: 02/13/2008*  
*LEAD ATTORNEY*

**Robert A. Shaines**  
Shaines &McEachern PA  
282 Corporate Drive  
PO Box 360  
Portsmouth, NH 03802–0360  
603 436–3110  
Fax: 603 436–2993  
Email: rshaines@shaines.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robert James Wolf**  
Shaines &McEachern PA  
282 Corporate Drive  
PO Box 360  
Portsmouth, NH 03802–0360  
603 436–3110  
Email: rwolf@shaines.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda C. Dunn**     represented by     **David C. Engel**  
(See above for address)  
*TERMINATED: 02/13/2008*  
*LEAD ATTORNEY*

**Robert A. Shaines**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robert James Wolf**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Deutsche National Trust Company**  represented by  **William J. Amann**
*as Trustee of Ameriquest Mortgage Securities,*  Ablitt &Charlton PC
*Inc.*  92 Montvale Ave, Ste 2950
*other*  Stoneham, MA 02180
Ameriquest Mortgage Securities, Inc.  781 246−8995
Email: wamann@acdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David D. Christensen**
KLGates LLP (MA)
State Street Financial Center
One Lincoln St
Boston, MA 02111
617 951−9077
Email: david.christensen@klgates.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ameriquest Mortgage Company**  represented by  **Bradley C. Morin**
Bourque &Clegg LLC
949 Main St
PO Box 1068
Sanford, ME 04073−1068
207 324−4422
Fax: 027 324−9556
Email: bmorin@bourqueclegg.com
*TERMINATED: 05/29/2008*
*LEAD ATTORNEY*

**David D. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phoebe Sears Winder**
KLGates LLP (MA)
State Street Financial Center
One Lincoln St
Boston, MA 02111
617 261−3196
Email: phoebe.winder@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/02/2008 | Ï 1 | NOTICE OF REMOVAL from Rockingham County Superior Court, case number 07−E−0632. (Filing fee $ 350, receipt number 359722) filed by Ameriquest Mortgage Company.Answer due by 1/25/2008, State Court Record due by 1/22/2008. (Attachments:, # 1 Exhibit 1 – State Court Documents, # 2 Exhibit 2 – State Court Notice of Filing Notice of Removal, # 3 Exhibit 3 – Consent to Removal by Deutsche Bank National Trust Company, as Trust)(jeb) (Entered: 01/04/2008) |
| 01/02/2008 | Ï 2 | Disclosure Statement by Ameriquest Mortgage Company disclosing parent companies, and no merger agreement. (jeb) (Entered: 01/04/2008) |
| 01/02/2008 | Ï | NOTICE OF DUPLICATE PAYMENT: Ameriquest Mortgage Company submitted a duplicate payment re 1 Notice of Removal. The filer shall request a refund in writing directed to the Clerk of Court and filed conventionally within ten (10) days, identifying the case number, filing date, and the name of the attorney whose ECF login and password was used to make the submission.Follow up on Duplicate Payment on 1/22/2008. (jeb) (Entered: 01/04/2008) |
| 01/04/2008 | Ï 3 | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. David C. Engel, Esq. must register within 30 days.Notice of Compliance Deadline set for 2/6/2008. (jeb) (Entered: 01/04/2008) |
| 01/04/2008 | Ï | Set Deadline(s): Disclosure Statement due on or before 1/14/2008 from defendant Deutsche National Trust Company. (jeb) (Entered: 01/04/2008) |
| 01/08/2008 | Ï 4 | Certified Copies of State Court Record. State Court Case No. 07−E−0632, Rockingham County Superior Court (Attachments: # 1 Certified State Court Record (Part 1 of 4)# 2 Certified State Court Record (Part 2 of 4)# 3 Certified State Court Record (Part 3 of 4)# 4 Certified State Court Record (Part 4 of 4))(Morin, Bradley) (Entered: 01/08/2008) |
| 01/10/2008 | Ï 5 | Assented to MOTION for Phoebe S. Winder to Appear Pro Hac Vice *for Defendant Ameriquest Mortgage Company* (Filing fee $ 100, Receipt # 362728.) filed by Ameriquest Mortgage Company. (Attachments: # 1 Exhibit (Affidavit) of Phoebe S. Winder)(Morin, Bradley) (Entered: 01/10/2008) |
| 01/15/2008 | Ï | **ENDORSED ORDER granting 5 Motion to Appear Pro Hac Vice. ECF Registration form sent to PHV attorney along with this order.** *Text of Order: Granted on the condition that Attorney Phoebe Winder submits an ECF registration form within ten days.* **So Ordered by Judge James R. Muirhead.Notice of Compliance Deadline set for 2/4/2008. (sls) (Entered: 01/15/2008)** |
| 01/15/2008 | Ï 6 | **REFUND ORDER on duplicate payment by Ameriquest Mortgage Company re: 1 Notice of Removal,. Signed by Clerk James R. Starr. (mxm)** (Entered: 01/16/2008) |
| 01/23/2008 | Ï | NOTICE: Refund of Duplicate Payment to Bradley Morin processed on 1/23/08 re: 6 Refund Order (mm) (Entered: 01/24/2008) |
| 01/25/2008 | Ï 7 | ANSWER to Complaint *and Affirmative Defenses* filed by Ameriquest Mortgage Company. (Morin, Bradley) (Entered: 01/25/2008) |
| 01/28/2008 | Ï 8 | NOTICE of Attorney Appearance by Robert A. Shaines on behalf of Raymond P. Dunn, Linda C. Dunn (Shaines, Robert) (Entered: 01/28/2008) |
| 01/28/2008 | Ï | NOTICE OF PRETRIAL CONFERENCE. Pretrial Conference set for 2/28/2008 09:30 AM before Magistrate Judge James R. Muirhead. Follow up on Discovery Plan 2/22/2008. Please note pursuant to Title 28 USC 636(c) and Local Rule 73.1, the parties may consent to have the case reassigned to Magistrate Judge Muirhead, but are free to withhold consent without adverse |

| | | |
|---|---|---|
| | | consequences.(kad) (Entered: 01/28/2008) |
| 01/30/2008 | Ï 9 | NOTICE of Attorney Appearance by Robert James Wolf on behalf of Raymond P. Dunn, Linda C. Dunn (mxm) (Entered: 01/30/2008) |
| 02/05/2008 | Ï 10 | Partially Assented to MOTION to Amend *Complaint* filed by Raymond P. Dunn, Linda C. Dunn. Follow up on Objection on 2/25/2008. (Attachments: # 1 Proposed Amended Complaint)(Shaines, Robert) (Entered: 02/05/2008) |
| 02/13/2008 | Ï 11 | NOTICE of Attorney Withdrawal by David C. Engel on behalf of Raymond P. Dunn, Linda C. Dunn (mxm) (Entered: 02/14/2008) |
| 02/22/2008 | Ï 12 | Assented to MOTION to Stay *Action Pending Transfer Decision By the Judicial Panel on Multidistrict Litigation* filed by Ameriquest Mortgage Company. (Attachments: # 1 Exhibit A)(Morin, Bradley) (Entered: 02/22/2008) |
| 02/22/2008 | Ï | **ENDORSED ORDER granting 12 Motion to Stay. *Text of Order: Granted.* So Ordered by Judge Paul J. Barbadoro. (jna) (Entered: 02/25/2008)** |
| 05/21/2008 | Ï | **ENDORSED ORDER granting 10 Motion to Amend Complaint. *Text of Order: Granted.* So Ordered by Judge Paul J. Barbadoro. (jna) (Entered: 05/21/2008)** |
| 05/29/2008 | Ï 13 | NOTICE of Attorney Withdrawal by William J. Amann on behalf of Deutsche National Trust Company (Amann, William) (Entered: 05/29/2008) |
| 05/29/2008 | Ï 14 | NOTICE of Attorney Appearance by David D. Christensen on behalf of Ameriquest Mortgage Company (Christensen, David) (Entered: 05/29/2008) |
| 05/29/2008 | Ï 15 | NOTICE of Withdrawal of Appearance of Bradley C. Morin by Ameriquest Mortgage Company. (Morin, Bradley) (Entered: 05/29/2008) |
| 06/04/2008 | Ï 16 | ANSWER to Complaint *(Amended) and Affirmative Defenses* filed by Ameriquest Mortgage Company. (Christensen, David) (Entered: 06/04/2008) |
| 06/04/2008 | Ï 17 | ANSWER to Complaint *(Amended) and Affirmative Defenses* filed by Deutsche National Trust Company. (Christensen, David) (Entered: 06/04/2008) |
| 06/05/2008 | Ï 18 | **ORDER re: Deutsche National Trust Co.. New counsel to file an appearance or the file will be referred to a judicial officer for further action. Signed by Clerk James R. Starr. Notice of Compliance Deadline set for 6/26/2008. (mxm)** (Entered: 06/05/2008) |
| 06/10/2008 | Ï 19 | NOTICE of Attorney Appearance by David D. Christensen on behalf of Deutsche National Trust Company (Christensen, David) (Entered: 06/10/2008) |
| 06/12/2008 | Ï 20 | Disclosure Statement by Deutsche National Trust Company disclosing parent companies, and no merger agreement (Christensen, David) (Entered: 06/12/2008) |
| 07/31/2008 | Ï 21 | Letter to Clerk of Court from Clerk Michael Dobbins re: transfer of case (mxm) (Entered: 07/31/2008) |
| 07/31/2008 | Ï 22 | ORDER MDL FINAL ORDER case is transferred to Northern District of Illinois for proceedings pursuant to 28 USC 1407. 1715 in re: Ameriquest Mortgage Co (mxm) (Entered: 07/31/2008) |